UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 08 CR 425-JAH |
| Plaintiff ) | CRIMINAL NO. 08 MJ 346 |
| ) | |
| vs. ) | ORDER |
| ) | RELEASING MATERIAL WITNESS |
| Jimenez-Madrigal et al., ) | |
| Defendant(s) ) | Booking No. |

On order of the United States ~~District~~/Magistrate Judge, Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (~~Bond Posted / Case Disposed~~/ Order of Court).

Juan L. Negrete-Zarate

DATED: 2/19/08

Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED /s/
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk